UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

SIMPSON B. BAILEY, JR.,

        Plaintiff,

                              <u>ORDER</u>

    - against -                  CV 2014-4142 (SLT)(MDG)

NEW YORK AUTOMOTIVE AND DIESEL
INSTITUTE,

        Defendant.

- - - - - - - - - - - - - - - - - - X

     By letter dated April 24, 2015, defendant New York Automotive and Diesel Institute states that it has been unable to contact <u>pro se</u> plaintiff Simpson B. Bailey, Jr., despite several attempts by telephone, email and Federal Express, since the initial conference was held on February 19, 2015. <u>See</u> ct. doc. 18. Defendant states that it followed the Court's instructions at the initial conference to send plaintiff a proposed confidentiality order and discovery requests, but has not received a response. <u>See</u> <u>id.</u> at 1-2. Plaintiff also has not served initial disclosures required by Rule 26 of the Federal Rules of Civil Procedure. <u>See</u> <u>id.</u> at 2.

     Mr. Bailey is advised that he must respond to defendant's attempts to discuss a proposed confidentiality order and respond to defendant's discovery requests. Mr. Bailey also must inform the Court and counsel for defendant of any changes in his contact information. Plaintiff's continued failure to participate in discovery will ultimately result in this Court's recommendation

that his complaint be dismissed for failure to prosecute this action.

Defendant must file a status report by May 27, 2015 as to whether it has received any communications from plaintiff.

**SO ORDERED.**

Dated:   Brooklyn, New York
         April 27, 2015

/s/_____
MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE